<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1578

JAMES B. SKELTON,

Plaintiff – Appellant,

v.

UNITED STATES SUPREME COURT, on appeal of Roe vs Wade 1973;
JOHN G. ROBERTS, Chief Justice and Associate Justices,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, District
Judge.  (3:11-cv-00091-MBS)

Submitted:  July 21, 2011              Decided:  July 25, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James B. Skelton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James B. Skelton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Skelton v. U.S. Supreme Ct., No. 3:11-cv-00091-MBS (D.S.C. May 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2